**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE ROBERTO FIGUEROA, | No. 09-73424 |
| Petitioner, | Agency No. A075-772-890 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 8, 2011[**]

Before:    FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

Jose Roberto Figueroa, a native and citizen of El Salvador, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for asylum and withholding

of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

substantial evidence, *Ochave v. INS*, 254 F.3d 859, 861-62 (9th Cir. 2001), and we deny the petition for review.

We reject Figueroa's claim that he is eligible for asylum based on his membership in a particular social group, namely young Salvadorans who are targeted by gangs to prevent them from reporting crime. *See Santos-Lemus v. Mukasey*, 542 F.3d 738, 745-46 (9th Cir. 2008) (rejecting as a social group "young men in El Salvador resisting gang violence."); *see also Soriano v. Holder*, 569 F.3d 1162, 1166 (9th Cir. 2009) (rejecting "government informants" as a particular social group because they are not a "narrowly defined" or "cohesive, homogeneous" group).

Because Figueroa failed to satisfy the lower standard of proof for asylum, he necessarily fails to satisfy the more stringent standard for withholding of removal. *See Ochave*, 254 F.3d at 868.

**PETITION FOR REVIEW DENIED.**